UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILE

05 APR 25 AM 11: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PATRICIA HERRING, MARY KURYLO, and GLORIA TAYLOR, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| INTERNATIONAL PAPER COMPANY, ALL IP SEVERANCE PLANS and THOSE PLANS' ADMINISTRATOR, JEROME M. CARTER, | CASE NO: 02-2994-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motion For Judgment On The Administrative Record, Denying Plaintiffs' Motion For Summary Judgment, And Dismissing Case entered on April 21, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendants, International Paper Company, All IP Severance Plans and Those Plans' Administrator, Jerome M. Carter, and against the Plaintiffs, Patricia Herring, Mary Kurylo, and Gloria Taylor.

APPROVED:

_/s/ J. Daniel Breen_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/25/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_/s/ Earline Grayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-26-05

(46)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:02-CV-02994 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Maurice Wexler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bruce M. Steen
MCGUIRE WOODS, LLP
100 North Tryon St.
Ste. 2900
Charlotte, NC 28202

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable J. Breen
US DISTRICT COURT